UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIAN MOON,

    Plaintiff,

v.

WILLIAM MUNIZ, et al.,

    Defendants.

Case No. 17-cv-07307-SI

**JUDGMENT**

This action is dismissed without prejudice to plaintiff asserting his claims in a new complaint for which he pays the full filing fee at the time he files that action.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 27, 2018

SUSAN ILLSTON
United States District Judge